F I L E D
Clerk
District Court
MAR 01 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| MILTON AL STEWART,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL HOLDINGS, LTD., IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, and CUI LI JIE, an individual,<br><br>    Defendants. | Civil Case No. 1:19-cv-00007<br><br>**ORDER** |

    Before the Court is Plaintiff Acting Secretary of the U.S. Department of Labor Milton Al Stewart's ("Secretary Stewart") Nomination of Receiver and Terms of Receivership against Defendants Imperial Pacific International (CNMI), LLC ("IPI CNMI"), Imperial Pacific Holdings, Ltd. ("IPI Holdings"), and Cui Li Jie ("Cui") (collectively "Defendants"). (ECF No. 33.) The matter came on for a hearing on March 1, 2021 at which point the Court discussed Secretary Stewart's nomination of Joyce Tang ("Tang") from Civille & Tang, PLLC ("the Firm") as a receiver. Appearing for Secretary Stewart via VTC were Department of Labor Attorneys Boris Orlov and Charles Song; appearing for IPI CNMI was Attorney Michael W. Dotts with CEO Ray Yumul; and appearing for Cui was Attorney Juan Lizama. Tang also appeared via VTC. IPI Holdings did not appear through counsel.

1

On January 28, 2021, the Court continued its original Order Finding Civil Contempt and Imposing a Stop-Work Order (ECF No. 19) until March 1, 2021. (Order Continuing Contempt Proceedings and Stop Work Order, ECF No. 27.) At this hearing, Defendants were ordered to remit $1,182,793.00 owed in back wages to the U.S. Department of Labor under the 2019 Consent Judgment (ECF No. 2) by March 1, 2021, and were further ordered to deposit $800,000.00 into an escrow account or registry to secure the future payment of wages for IPI employees by March 1, 2021. The Court indicated that it may proceed with the appointment of a receiver to begin liquidating Defendants' assets to fulfill payment of the 2019 Consent Judgment should Defendants fail to comply. Secretary Stewart filed his nomination of Tang as receiver on February 19, 2021, to which IPI CNMI filed a non-objection less than a week later. (ECF No. 25.) Cui's counsel, Juan Lizama, indicated at the March 1 hearing that Cui would not object to the nomination of Tang as receiver.

Defendants concede to proceed with a receivership in this matter. However, the Court acknowledges concerns regarding a potential expansion of the amount owed under the receivership as well as potential conflicts of interest in nominating Tang as a receiver. In particular, counsel for IPI CNMI represented that it would not be able to pay approximately $600,000.00 in wages owed after entry of the 2019 Consent Judgment to workers who have been repatriated. Furthermore, IPI CNMI's counsel raised the potential legal issue of the CNMI's tax lien on its CNMI assets that may require more liquidation than originally contemplated. Finally, the undersigned disclosed her familial relationship to Dean Manglona, an associate attorney with the Firm. Tang responded to all these issues, including her plans to screen Dean Manglona from any work in this case, if selected as receiver. Due to these and other circumstances, the Court ORDERS the following:

(1) The parties shall submit any and all objections to Tang's nomination as receiver by **Wednesday, March 3, 2021 at 3:00 p.m**.;

(2) Tang shall submit any amendments to Secretary Stewart's proposed terms of receivership no later than **Wednesday, March 3, 2021 at 5:00 p.m.**;

(3) Defendants shall produce all relevant payroll information and supporting documents pertaining to back wages owed after the 2019 Consent Judgment totaling approximately $600,000.00 by **Wednesday, March 3, 2021 at 5:00 p.m.** Should these documents need to be redacted, Defendants may submit this information over the counter with the Clerk's Office on the Third Floor. The Clerk's Office may electronically issue the documents to all relevant parties including the Court, Secretary Stewart, and Tang, then annotate the submission in the docket on this matter. Defendants shall file the redacted version thereafter;

(4) Defendants shall prepare and produce a complete list of assets no later than **Wednesday, March 3, 2021 at 5:00 p.m.**;

(5) **The stop-work order originally imposed on January 21, 2021 (ECF No. 19) shall continue until further order by the Court.**

The matter is continued to **March 5, 2021 at 8:30 a.m. in the Third Floor Courtroom**.

IT IS SO ORDERED.

DATED this 1st day of March, 2021.

_____
Ramona V. Manglona
Chief Judge