**EXHIBIT 1**

| | |
|---|---|
| Akbas,Ali | Chang,Hung-Chan |
| Aslan,Ibrahim | Chen,Hao-Wei |
| Aslan,Saban | Feng,Cheng-Chung |
| Aslan,Yusuf | Kongsana,Payupchai |
| Ates,Oktay | Ma,Ping-Hung |
| Bayarsaikhan,Bat-Ochir | Su,Cheng-Hsuan |
| Bold,Tsend-Ayush | Wang,Hsien-Chung |
| Cakadas,Resul | Yang,Fu-Hong |
| Çakır,Ali | Yang,Yong-Yuan |
| Cerit,Hamza | Chen,Po-Hao |
| Ciftci,Cumali | Chen,Yi-Pin |
| Ciftci,Gokhan | Cheng,Yu-Heng |
| Ciftci,Murat | Guo,Jia-Song |
| Ciftci,Onur | Hsieh,Ying-Hao |
| Demiray,Esref | Hu,Ting-Yuan |
| Demirci,Emre | Jian,Jian-Chang |
| Doğan,İmdat | Lee,Min-Yu |
| Erdem,Hasan | Li,Yu-Tung |
| Ergun,Hasan | Liang,Shun-Tang |
| Ergun,Yasin | Liu,Shao-Fu |
| Gul,Ebubekir | Lo,Chao-Wen |
| Gunes,Ali | Shih,Yung-Chi |
| Karakaya,Mehmet | Tsai,Yi-Chuan |
| Karaoglan,Omer | Tsai,Yuan-Rong |
| Karaoglan,Uzeyir | Tseng,Yi-De |
| Kaya,Sezai | Tu,Che-Wei |
| Kizmaz,Ahmet | Wu,Sheng-Chi |
| Kocoglu,Cumaali | You,Wun-Jhong |
| Koroglu,Hasan | Chung,Yi-Lung |
| Kurucu,Ridvan | Huang,Wen-Hao |
| Ogut,Emrah | Tseng,Ching-Po |
| Oncel,Emrah | Wang,Wei-Chih |
| Tsogtbaatar,Munkhbayar | Wu,Chang-Jui |
| Tumurbaatar,Uuganbat | Yen,Chen-Chang |
| Varol,Murat | |
| Yentur,Osman | Atar,Ömer |
| Ciftci,Nuri | Atasoy,Ramazan |
| Gökçe,Hasan | Babacanoğlu,Yücel |

| | |
|---|---|
| Badem,Mustafa | Sun,Jui-Hsi |
| Başaran,Muharrem | Chen,Chien-Nan |
| Batbayan,Ankhbayar | Chen,Chun-Hsuan |
| Batbayar,Ganbat | Chen,Yi-Cheng |
| Batjargal,Bilguuntugs | Chen,You-Ren |
| Battogtokh,Munkh-Erdene | Chi,Chun-Lin |
| Bolormaa,Myagmar-Ochir | Hsieh,Ya-Chun |
| Bülbül,Ferhat | Lee,Te-Hung |
| Cakan,Turgay | Shin,Ming-Yu |
| Celebi,Kadir | Su,Tung-Yi |
| Cengiz,Gül | Weng,Cheng-Hsiang |
| Çerçibaşı,Mehmet | Hsieh,Yao-Hsien |
| Derintaş,Mehmet | Lee,Shuen-Dau |
| Doğan,Eray | Lin,Wen-Chuan |
| Dogan,Mustafa | Yeh,Chih-Hao |
| Donmez,Omer | Chen,Ching-Hsiang |
| Dorjdagva,Zagdsuren | Chen,Ping-Tse |
| Engür,Emin | Chen,Tai-Liang |
| Engür,Murat | Chen,Wei-Hung |
| Gül,Ertan | Cheng,Jie-Yin |
| Guneyk,Ebubekir | Hsu,Tzu-Hung |
| Kaewprathum,Songsak | Ke,Jheng-Ting |
| Karagöz,Ender | Kuo,Chuan-Cheng |
| Kaya,Cengiz | Lai,Sen-Wei |
| Khanphonngam,Noppharut | Lai,Shih-Tsung |
| Kocamaz,Idris | Liao,Kuan-Neng |
| Kurtcu,Barış | Lin,Teng-An |
| Mucur,Kadir | Ou,Yong-Teng |
| Muna,Buyanbaatar | Tai,Wei-Hsiang |
| Munkhbaatar,Otgonbaatar | Tsai,Tsung-Lun |
| Narmandakh, Gerelt-Od | Wang,Ching-Te |
| Orçun,Mustafa | Wu,Chao-Te |
| Öztürk,Deniz | Yang, Sheng-Chieh |
| Tekten,Ramazan | Yang,Kuang-Sheng |
| Tsedenpeljee,Byambajav | Yang,Zhi-Jie |
| Yarbaşı,Tuncay | Butaroiu,Costel Radu |
| Yılmaz,Hazım | Colomasi, Carmelo |
| Genç,Özcan | Giliberto,Giuseppe |
| Yesil,Ahmet | Guzzardi,Antonio |
| Liu,Hsin-Hsing | Intagliata,Salvatore |
| Liu,Yen Hung | Italia,Carmelo |
| Pak,Songkuk | Miano,Carmelo |

| | |
|---|---|
| Modesto,Salvatore | Lin,Chun-Feng |
| Nicotra,Sebastiano | Wang,Yung-Hung |
| Piccione,Emanuele | Ye,Jun-Jia |
| Piccitto,Francesco Maria | Chao,Cheng-Lung |
| Romano,Gaetano | Chen,Chao-Ming |
| Romdhani,Khemaies | Cheng,Tsai-Tzu |
| Santocono,Giuseppe | Fan,Ta-Cheng |
| Schifitto,Salvatore | Fang,Chin-Chang |
| Taras,Antonio | Hung,Tsung-Ling |
| Tarascio,Antonio | Liu,Chun-Yu |
| Tarascio,Pasqualino | Liu,You-Hong |
| Tuzza,Paolo | Ni, Kuan-Heng |
| Narcisi,Federica | Wu,Tzu-Ting |
| Santacroce,Giuseppe | Yang,Ke-Shih |
| Modica,Corrado | Chung,Chang-Chun |
| Modica,Gaetano | |
| Modica,Sebastiano | Bazargur,Batbold |
| | |
| Capan,Murat | Chuluunbaatar,Davaatseren |
| Cavdar,Mehmet | Dashtseren,Dulmaa |
| Çobanpınarı,Mükremin | Enkhbat,Enkhbaatar |
| Coskun,Cabir | Enkhbold,Jambaldorj |
| Enkhjargal,Enkhsuren | Manal,Ariunbold |
| Ergene,Alper | Munkhtur,Saruulbuyan |
| Gunes,Gokhan | Nergui, Batkhishig |
| Gunes,Osman | Ochirbat,Lkhagvasuren |
| Isik,Ibrahim | Tumurbaatar,Lkhagvadorj |
| Kara,Bayram | Hsu,Shu-Ming |
| Koc,Halil | Hung,Chia-Chuan |
| Kos,Suleyman | Lin,Chia-Yu |
| Kotek,Yakup | Wang,Chun-Wen |
| Kucukhurman,Ahmet | Juang,Yuan-Li |
| Mamo,Berkin | Kuo,Chih-Ching |
| Polat,Sakin | Tang,Yu-Fang |
| Saritas,Mehmet | Xu,De-Xin |
| Sukhbaatar,Amarjargal | Chang,Shun-Tsai |
| Tsogtbaatar,Enkhbat | Chen,Hsien-Mao |
| Unurtsetseg,Unurbat | Chen,Jiing-Hwa |
| Dogan,Ertugrul | Chen,Ming-Li |
| Koc,Hasan | Chen,Wei-Hong |
| Safsoylu,Mehmet | Chen,Yu-Ta |
| Hsiao,Hong-Ming | |

| | |
|---|---|
| Chou,Chun-Hung | Ganbaatar,Shiilegbat |
| Lee,Tseng-Lung | Ganbat,Munkh-Ochir |
| Liao,Kuo-Cheng | Ganbold,Otgonbayar |
| Lin,Chung-Chi | Gankhuyag,Uuganbayar |
| Wang,Chih-Chieh | Gantulga,Purevbaatar |
| Yang,Jui-Hsiung | Gendensuren,Bayarmagnai |
| | Gombodorj,Byambaa |
| Adiya,Mandakhbayar | Jargal,Tserentogtokh |
| Altanchimeg,Dagvadorj | Jargal,Urtbayar |
| Altantsetseg,Munkhsoyombo | Khalzan,Erdenemunkh |
| Amarsaikhan,Narmandakh | Khuukhenbaatar,Munkhtur |
| Ariyamangal,Dalkhaasuren | Lantuu,Ganbaatar |
| Baatar,Galbadrakh | Luvsandorj,Sukhbaatar |
| Banzragch,Davaajargal | Makhbal,Zolbayar |
| Banzragch,Otgonbayar | Mijiddorj,Ganbold |
| Batjargal,Uchral | Munkh-Erdene,Purevdavga |
| Batmunkh,Munkh-Erdene | Myagmar,Bayarsaikhan |
| Batmunkh,Munkhtuya | Namjil, Byambaa |
| Battsooj,Tumentsogt | Naranbaatar, Munkhbold |
| Bayarmagnai,Dulamsuren | Natsagdorj,Enkhmend |
| Bazarragchaa,Davaadorj | Nergui,Sod-Erdene |
| Bold,Olonbayar | Nyamjav, Munkhsaikhan |
| Bold,Uuganbayar | Odkhuu,Otgonbayar |
| Buyannemekh,Ganzorig | Otgonsuren,Tsend-Ayush |
| Chimiddorj,Ochirbat | Purevdagva,Baasan |
| Choijamts,Gantsetseg | Sonom,Batnasan |
| Choijilkhundev,Myagmarnamsrai | Sugar,Chuluunbat |
| Chultem,Munkhjargal | Sugar,Gerelchuluun |
| Dagva,Nanzaddorj | Togtokhjargal,Manlaibayar |
| Damdindorj,Serj | Tsendjav,Tumenbayar |
| Damiran,Baatarkhuu | Tsendsuren,Lkhagvadorj |
| Dashdorj,Nyammagsar | Tserenbandi,Sumiyabees |
| Enkh-Amgalan,Aranjindemberel | Tserenpil,Amarduuren |
| Enkhbat,Erdene | Tsetsegmaa,Munkhzorig |
| Enkhtaivan,Ariunbold | Tsevegdorj,Sukhee |
| Enkhtuvshin,Batzorig | Tudevvanchig,Battur |
| Erdenebileg,Odongoo | Tumurbaatar,Ariunbold |
| Erdenechuluun,Batmend | Lin,Qi-Sheng |
| Erdenee,Munkh-Od | Bell,Glenn |
| Erdene-Ochir,Enkhtaivan | Giangrave',Paolo |
| Ganbaatar,Batzorig | |