# EXHIBIT B

Imperial Pacific International (Saipan) - Payment Reconciliation

**DUE:**

| | | |
|---|---:|---|
| 4/11/19 Consent Judgment (BWS) | $ 1,580,000.00 | |
| 4/11/19 Consent Judgment (LDS) | $ 1,580,000.00 | |
| 4/11/19 Consent Judgment (CMPS) | $ 200,000.00 | |
| ***TOTAL DUE 4/11/19 Consent Judgment*** | ***$ 3,360,000.00*** | |
| | | |
| ***Balance of Delinquent Payrolls Due under 8/12/21 Amended to Payment Plan*** | $ 135,468.00 | |
| | | |
| *FLSA CMP (#1880884)* | $ 25,000.00 | |
| | | |
| *H2b CMP (#1864625)* | $ 196,632.28 | |
| | | |
| ***Security towards paroll 3/29/21 First Amended Consent Judgment*** | $ 250,000.00 | |

| **GRAND TOTAL DUE:** | **$ 3,967,100.28** |
|---|---:|

**PAID BY CHECK #:**

| | | CHECK DATE | AMOUNT |
|---|---:|---:|---:|
| | 11844 | 3/27/2019 | $ 300,000.00 |
| | 1430 | 3/30/2021 | $ 164,270.08 |
| | 1460 | 4/27/2021 | $ 164,270.08 |
| | 1506 | 5/27/2021 | $ 164,270.08 |
| | 1703 | 11/22/2021 | $ 164,270.08 |
| | | | **$ 957,080.32** |

**PAID BY WIRE TRANSFER #:**

| | | | |
|---|---:|---:|---:|
| | 99106 | 5/20/2020 | $ 250,000.00 |
| | 40491 | 7/2/2021 | $ 164,270.08 |
| | 33271 | 7/30/2021 | $ 164,270.08 |
| | 75681 | 10/12/2021 | $ 164,270.08 |
| | 34091 | 11/4/2021 | $ 164,270.08 |
| | 99731 | 1/19/2022 | $ 164,270.08 |
| | | | **$ 1,071,350.40** |

**PAID BY WIRE TRANSFER (Ford Plaza/DFK)**

| | | | |
|---|---:|---:|---:|
| | 36141 | 3/1/2021 | $ 249,979.00 |
| | 45641 | 3/3/2021 | $ 1,182,772.00 |
| | 47881 | 2/8/2022 | $ 135,447.00 |
| | | | **$ 1,568,198.00** |

| TRANSFERRED FROM CASE #1864625: | $ 196,632.28 |
|---|---:|

| ***GRAND TOTAL PAID:*** | ***$ 3,793,261.00*** |
|---|---:|

| | | |
|---|---|---|
| **Shortfall** | **$** | **173,839.28** |
| Security Amount Held by DOL | $ | 250,000.00 |
| Security Amount remaining after applying towards the shortfall | $ | 76,160.72 |