Kevin T. Abikoff (*Pro Hac Vice*)
Samuel W. Salyer (*Pro Hac Vice*)
HUGHES HUBBARD & REED LLP
1775 I St. N.W.
Washington, D.C. 20006
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
kevin.abikoff@hugheshubbard.com
samuel.salyer@hugheshubbard.com

*Attorneys for Defendants Imperial Pacific International Holdings and Imperial Pacific International (CNMI), LLC*

Boris Orlov, Senior Trial Attorney
Charles Song, Senior Trial Attorney
Karla Malagon, Trial Attorney
Office of the Solicitor
U.S. Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, CA 90071-1202
(213) 894-5365
Song.charles.c@dol.gov

*Attorneys for Plaintiff Secretary of Labor*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| MARTIN J. WALSH,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>           Plaintiff,<br>    v.<br><br>IMPERIAL PACIFIC INTERNATIONAL HOLDINGS, LTD., and IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>           Defendants. | Civil Case No. 1:19-cv-00007<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

WHEREAS, on April 11, 2019, the Court entered a Consent Judgment through which Defendants Imperial Pacific International Holdings, Ltd. and Imperial Pacific International (CNMI), LLC (collectively "IPI") agreed, among other things, to the entry of a judgment to be paid to the Plaintiff in the total amount of $3,360,000, comprising of back wages, liquidated damages, and civil monetary penalties.  ECF No. 2.  On March 23, 2021, the Court entered a First Amendment to Consent Judgment, through which the parties agreed to a modified payment schedule under which IPI would pay $1,478,430.08—the remaining amount due under the judgment—and agreed that, as security for IPI's monetary liability of $1,478,430.08, IPI would to record a lien in favor of Plaintiff against the leasehold parcels of property commonly known as the Flame Tree Terrace.  ECF No. 59.  On August 12, 2021, the Court entered an Amendment to Payment Plan of First Amended Consent Judgment, modifying the payment plan under which IPI would make payment of the judgment, but not otherwise amending the terms of the First Amended Consent Judgment, including as regards the security interest in Flame Tree Terrace.  ECF No. 82.  The judgment amount as defined in the Consent Judgment and First Amended Consent Judgment was fully paid by IPI, with the final payment transmitted on February 8, 2022.

The parties hereby acknowledge that IPI has made full payment of the judgment amount secured by the lien in favor of Plaintiff against the Flame Tree Terrace.  Plaintiff acknowledges that the lien established by the Consent Judgment, recorded on March 25, 2021 under File No. 21-0524 at Commonwealth Recorder's, Saipan, as amended by the First Amendment to Consent Judgment, recorded on March 30, 2021 under File No. 21-0534 at Commonwealth Recorder's, Saipan, will be released through the recording of this Acknowledgement of Satisfaction of Judgment with the Commonwealth Recorder's, Saipan.

THEREFORE, full and complete satisfaction of said monetary judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of such full and complete satisfaction on the docket of said judgment. The non-monetary provisions of the judgment remain in effect.

Dated: June 27, 2022

Respectfully Submitted,

/s/ *Charles Song*
Charles Song, Senior Trial Attorney
Boris Orlov, Senior Trial Attorney
Karla Malagon, Trial Attorney
Office of the Solicitor
U.S. Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, CA 90071-1202

*Attorneys for Plaintiff*

/s/ *Kevin Abikoff*
Kevin T. Abikoff (*pro hac vice*)
Samuel W. Salyer (*pro hac vice*)
HUGHES HUBBARD & REED LLP
1775 I St. N.W.
Washington, D.C. 20006

*Attorneys for Defendants*