Marc Pilotin
Regional Solicitor
Boris Orlov, Attorney
(California State Bar Number 223532)
Charles C. Song, Attorney
(California State Bar Number 204497)
Office of the Solicitor
United States Department of Labor
312 North Spring Street, Suite 720
Los Angeles, California 90012
Telephone: (213) 894-5365
Email: song.charles.c@dol.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Julie Su,<br>    Acting Secretary of Labor,<br>    United States Department of Labor,<br><br>                        Plaintiff,<br><br>            v.<br><br>Imperial Pacific International Holdings, Ltd.,<br>Imperial Pacific International (CNMI), LLC<br><br>                        Defendants. | Case No. CV 19-00007<br><br>**NOTICE OF AUTHORIZATION OF RECEIVER TO EXERCISE ALL POWERS UNDER THE ORDER APPOINTING RECEIVER AND SETTING TERMS OF RECEIVERSHIP TO SELL LOT 463 PARCELS** |

Plaintiff, Julie Su, Acting Secretary of Labor, United States Department of Labor (the "Acting Secretary"), hereby gives notice that Defendants Imperial Pacific International Holdings, Ltd, Imperial Pacific International (CNMI), LLC, (collectively IPI) have failed to cure default within ten (10) business days of the filing of the Secretary's Notice of Failure to Cure Default [ECF 93] and the Receiver is authorized and will proceed to exercise all powers under the Order Appointing Receiver and Setting Terms of Receivership [ECF 50], to sell the "Lot 463 Parcels" identified in Exhibit A of the Second Amended Judgment [ECF 91], to pay the full gross

**NOTICE OF AUTHORIZATION OF RECEIVER**

amount outstanding (**$797,719.73**) plus the Receiver's costs and fees.

Under the terms of this Court's Judgment [ECF 2, ECF 60, and ECF 91], IPI's failure to make timely payments beginning on August 1, 2023, constituted an event of default. Pursuant to these terms, the Secretary filed a Notice of Default [ECF 92] on September 4, 2023, and served it on Defendants.  As a result of IPI's default, the full gross amount outstanding and due under this Consent Judgment as amended became immediately due to the U.S. Department of Labor. Although Defendants were making periodic payments, they never cured the default and filed a Chapter 11 bankruptcy petition, # 1:24-bk-00002, on April 19, 2024.  On July 24, 2024, the Court granted the parties' stipulation to vacate the automatic stay with respect to IPI in connection with the instant matter.  *See* Dkt. 176, # 1:24-bk-00002.  On August 31, 2024, the Secretary filed a Notice of Failure to Cure Default [ECF 93] and served it on Defendants.  As Defendants have failed to cure default within ten (10) business days of the filing of the Secretary's Notice of Failure to Cure Default, the Receiver is authorized and will proceed to exercise all powers under the Order Appointing Receiver and Setting Terms of Receivership [ECF 50], to sell the "Lot 463 Parcels" identified in Exhibit A of the Second Amended Judgment [ECF 91], to pay the full gross amount outstanding (**$797,719.73**) plus the Receiver's costs and fees.


SEEMA NANDA
Solicitor of Labor

MARC PILOTIN
Regional Solicitor

Boris Orlov
Wage & Hour Counsel

*/s/Charles Song*                    10/22/24        
CHARLES SONG, Senior Trial Attorney      Date
Attorneys for the Plaintiff
U.S. Department of Labor


**NOTICE OF AUTHORIZATION OF RECEIVER**

**Page 2 of 3**

1

2

<u>**CERTIFICATE OF SERVICE**</u>

3

The undersigned hereby certifies that he is an employee in the Office of the Solicitor,

4

U.S. Department of Labor, at Los Angeles, California, and is a person of such age and discretion

5

as to be competent to serve papers.

6

That on October 22, 2024, he caused a copy of the Secretary's NOTICE OF

7

AUTHORIZATION OF RECEIVER TO EXERCISE ALL POWERS UNDER THE ORDER

8

APPOINTING RECEIVER AND SETTING TERMS OF RECEIVERSHIP TO SELL LOT 463

9

PARCELS and this Certificate of Service to be served on Defendants by emailing to the

10

addresses stated below:

11

Howyo Chi
Director of HR Operations

12

Imperial Pacific International
howyodoing@gmail.com

13

moxiang2021@gmail.com

14

Chuck C. Choi, Esq.

15

CHOI & ITO
700 Bishop Street, Suite 1107

16

Honolulu, Hawaii 96813
Ph.:  (808) 533-1877 ext. 1

17

email:  cchoi@hibklaw.com

18

19

20

*/s/Charles Song*_____

21

Charles Song
**U.S. DEPARTMENT OF LABOR**

22

23

24

25

**NOTICE OF AUTHORIZATION OF RECEIVER**

**Page 3 of 3**